CASES DISMISSED BEFORE THE CLERK ON
PRAECIPE OF COUNSEL.
JUNE TERM, A. D. 1911.

Sallie E. Cummings, Appellant, v. W. J. Hannah, Appellee.

Escambia County, Florida.

E. T. Davis, Attorney for Appellant.

Appeal dismissed October 12th, 1911, on præcipe of counsel for Appellant.

---

Elizabeth Tucker as Administratrix of the Estate of J. W. Tucker, Sr., deceased, and Albert Tucker, Administrator of the Estate of J. W. Tucker, Jr., Deceased, Appellants, v. Ernest Yager, Lizzie R. Lewis, and R. B. Sturkie, as Special Master, Appellees.

Pasco County, Florida.

Dayton & Dayton, Attorneys for Appellants.

Appeal dismissed November 13th, 1911, on præcipe of counsel for Appellants.